**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA   FEB 1 5 2012

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. **CR 12-020-RAW** |
| v. ) | |
| ) | |
| GEORGE FRANKLIN ENGLAND, JR., ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**Embezzlement and Theft from an Indian Tribal Organization - 18 U.S.C. § 1163**

On or about September 13, 2008, and continuing until on or about September 22, 2008, within the Eastern District of Oklahoma, **GEORGE FRANKLIN ENGLAND, JR.**, defendant, did embezzle, steal and willfully and knowingly convert to his own use, moneys, funds, and credits, in excess of $1,000.00, belonging to the Seminole Nation, an Indian tribal organization, in violation of Title 18, United States Code, Section 1163.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

MARK F. GREEN
United States Attorney

_[signature]_
GREGORY DEAN BURRIS, OBA #16995
Assistant United States Attorney