UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | Case No.: | CR-12-20-RAW |
| | ) | Date: | 3/16/12 |
| GEORGE FRANKLIN, ENGLAND, JR., | ) | | |
| Defendant. | ) | Time: | 10:38 a.m. - 10:52 a.m. |

## MINUTE SHEET - CHANGE of PLEA

Kimberly E. West, Judge        D. Allen, Deputy Clerk        Reporter - B. Neil
                                                             FTR Courtroom 3

Counsel for Plaintiff:    Gregory Dean Burris, AUSA
Counsel for Defendant:    Robert Ridenour, AFPD

Defendant appears in person: [X] with Counsel;  [] Counsel waived;  [] w/o Counsel;
Defendant:  [X] Sworn
[X] Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

[X]  Defendant advised of charges and possible penalties
[X] Guideline estimates discussed

[X] Defendant entered guilty plea to Count 1 of the Indictment

[X] No Plea Agreement in this case
    [] Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
    [] Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived: [] Indictment; [X] Jury Trial; [] Speedy Trial; [] 30 Days Preparation;[]Separate Representation;
    [X] Waivers accepted by Court

[X] Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

[X] Defendant related facts of charge;    [X] Government agreed Defendant's statements meet elements of offense

[X] Court findings:   [X] Defendant found mentally competent to understand charges and proceedings
                      [X] Factual basis for Defendant's plea;
                      [X] that Defendant is guilty as charged as to Count 1 of the Indictment

[X] PSI Ordered      Probation Officer:   Kristi Pickering (for Trina Teague)

[] Defendant released on _____ bond with pretrial supervision (re: Order Setting Conditions of Release)
[X] Defendant allowed to stand on present bond;  [X] Government stipulates, findings made
[] Defendant remanded to custody of U.S. Marshal